No. 92–5670. JONES *v.* THOMPSON, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 92–5680. CRAWFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5684. YARBROW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

. No. 92–5685. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5686. SARDIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5687. SHIPLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5696. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5698. TYREE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5699. ALVARADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5701. MITCHAM *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5702. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5703. LANE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5704. LUSCHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5705. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5706. PEDRAZA-RUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5707. NELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.